IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON MARTINEZ,

      Petitioner,

v.                                No. 16-1280 RB/LAM

V. HORTON, et al.

      Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner submitted an application for writ of habeas corpus [*Doc 1*] on November 22, 2016. The Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner must include the civil action number (CV 16-1280 RB/LAM) of this case on all papers that he files in this proceeding. Failure to cure the designated deficiencies **within thirty (30) days from entry of this order** may result in **dismissal** of this action without further notice. The Clerk is directed to mail to Petitioner, together with a copy of this order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above **within thirty (30) days from entry of this order**.

**IT IS FURTHER ORDERED** that, **if Petitioner fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**